# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEAN W. WEARY,** | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 4:11-CV-01182 |
| | : | |
| vs. | : | (Complaint Filed 6/22/11) |
| | : | |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,** | : | (Judge Caputo) |
| | : | |
| Defendant | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Dean W. Weary as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Dean W. Weary disability insurance benefits is affirmed.

3. The Clerk of Court shall close this case.


                                              s/A. Richard Caputo
                                              A. RICHARD CAPUTO
                                              United States District Judge

Dated: July 25, 2012